# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 792 MAL 2018

Respondent    :

   :    Petition for Allowance of Appeal from
   :    the Order of the Superior Court

v.    :

MONIQUE ROBINSON,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.